**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DAVID P. MENEESE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **VS.** | )   **CV NO. 04-4024-JPG** |
| | ) |
| **COUNTY OF WILLIAMSON, ILLINOIS,** | ) |
| **an Illinois County Corporation; and** | ) |
| **ROBERT "BO" EMERY, individually and in** | ) |
| **his official capacity as Commissioner of the** | ) |
| **County of Williamson, Illinois,** | ) |
| | ) |
| **Defendants.** | ) |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   June 24, 2005**

**NORBERT JAWORSKI, CLERK**

 **by:s/Deborah Agans** _____
**Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert** _____
**U. S. DISTRICT JUDGE**